**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

In Re: LEVAQUIN PRODUCTS                                      MDL. No. 08-1943 (JRT)
LIABILITY LITIGATION


This document also relates to:                                              **ORDER**


ALL ACTIONS


_____


        **IT IS HEREBY ORDERED** that:

        All Certificates of Service may be abbreviated for ease and convenience of all

parties and the Court.  The certificates of service may state:

        I hereby certify that on [date], I electronically filed the foregoing with the Clerk of

the Court of the United States for the District of Minnesota by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will

be accomplished by the CM/ECF system.



DATED: January 11, 2010
at Minneapolis, Minnesota.                                   s/ John R. Tunheim
                                                                                  JOHN R. TUNHEIM
                                                                           United States District Judge